JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ZEPEDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX INCOPORATED,<br><br>Defendant. | Case No.  CV 13-8417-GW(AJWx)<br><br>ORDER APPROVING JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii) |

Based on the Parties' Joint Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and good cause having been shown, the Court Orders that the above-captioned action is hereby dismissed with prejudice and without costs or fees as to plaintiff George Zepeda only, and dismissed without prejudice as to any other person who could have been a member of the class alleged in the Complaint.

IT IS SO ORDERED

Dated:  December 20, 2013

_____
HONORABLE GEORGE WU
JUDGE OF THE DISTRICT COURT